UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20791-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANDRON BODDEN,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THIS MATTER was referred to Magistrate Judge Patrick A. White, on December 7, 2010. A Report and Recommendation filed on December 20, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court conduct a de novo review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge Patrick A. White is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to Count 1 thru 5 of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this _1/__ day of January, 2011.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE